UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 23-CR-** |
| | : | |
| v. | : | |
| | : | |
| **JASON PARSONS,** | : | |
| | : | |
| **Defendant.** | : | |

## GOVERNMENT'S *CONSENT* MOTION TO SEAL THE CRIMINAL INFORMATION AND OTHER DOCUMENTS AND TO DELAY ENTRY ON THE PUBLIC DOCKET OF THE FILING OF THIS MOTION TO SEAL AND ALL RELATED MATTERS

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully submits this motion to seal the Information, plea agreement, as well as all other pleadings, proceedings, records and files in this case, including the instant motion to seal, and to delay entry on the public docket of this motion to seal and all related matters. In support of this motion, the Government states as follows:

The Defendant in this case has agreed to enter a plea of guilty to an Information charging him with one count of Unlawful Possession of a Firearm on Capitol Grounds, in violation of 40 U.S.C. § 5104(e)(1)(A). The sealing is necessary because the plea agreement and related pleadings contain sensitive information, the disclosure of which would not be in the interest of the Defendant, the Government, or the public.

As part of this plea agreement, the Defendant has agreed to be a cooperating witness. Accordingly, it is essential that any information concerning the Defendant's plea of guilty be kept sealed for the time being.

Based on the nature of the ongoing cooperation, the Government submits that public disclosure of the Defendant's cooperation would likely compromise ongoing criminal

investigations by (1) placing the personal safety of the cooperating Defendant, at substantial risk; (2) alerting potential targets of investigations against whom the Defendant may testify, thereby causing the cooperating Defendant to be reluctant to continue cooperation; and (3) causing potential witnesses and targets to destroy documents and other evidence.

This case relates to the riot at the U.S. Capitol Building on January 6, 2021. Dozens of news outlets, as well as interested citizens, routinely check the D.C. District Court's docket for updates related to January 6 cases, including checking the public record in the Criminal Clerk's office to ascertain whether the Government has filed any pleadings under seal in cases against potential January 6 defendants. The docketing of a motion to seal a plea agreement and the filing of sealed pleadings in a criminal case signal to the public the fact that the charged Defendant has agreed to cooperate with law enforcement. Consequently, public notice of the filing of the sealed pleadings or proceedings is likely to compromise any ongoing criminal and grand jury investigation and present a substantial risk to the personal safety of cooperating individuals, as well as any undercover agents or other law enforcement officials taking part in covert investigations.

Accordingly, the Government submits that these facts present an extraordinary situation and a compelling governmental interest which justify not only the sealing of the plea agreement and all other pleadings, records, proceedings, and files in this case, but also a delay in the public docketing of the filing of these sealed pleadings and the accompanying order until (1) there is no longer a substantial risk to the personal safety of cooperating individuals; and (2) the Government represents that it can continue its criminal investigation without substantial risk that it would be jeopardized due to the public docketing of the fact that sealed pleadings have been filed in this case. *See Washington Post v. Robinson*, 935 F.2d 282, 289 (D.C. Cir. 1991).

Defense counsel has been advised of the contents of this motion and consents to this motion as part of the Defendant's cooperation plea agreement.

WHEREFORE, it is respectfully requested that this motion be granted.

        Respectfully submitted,

        MATTHEW M. GRAVES
        United States Attorney
        D.C. Bar No. 481052

By:    /s/ Katherine E. Boyles
        Katherine Boyles
        Assistant United States Attorney
        D. Conn. Fed. Bar No. PHV20325
        Katherine.Boyles@usdoj.gov
        Phone: 203-931-5088

        Ryan Sellinger
        Assistant United States Attorney
        NY Bar No. 552179
        Ryan. Sellinger@usdoj.gov
        Phone: (202) 815-8709

        United States Attorney's Office
        601 D Street NW
        Washington, D.C. 20001