UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case: 1:23-cr-00112 |
| v. | Assigned to: Judge Reyes, Ana C. |
| | Assign Date: 4/5/2023 |
| JASON PARSONS, | Description: INFORMATION (A) |
| Defendant. | |

### ORDER

Based on the representations in the Government's motion to seal the Information, plea agreement, as well as all other pleadings, proceedings, records and files in this case, including the instant motion to seal, and to delay entry on the public docket of this motion to seal and all related matters, this Court finds as follows.

### FINDINGS OF FACT

Pursuant to the plea agreement in this case, the Defendant has agreed to cooperate with the United States in criminal investigations.

The general public is not aware that the Defendant has agreed to cooperate with the United States in this case.

The Defendant's cooperation includes the potential involvement in future cases against targets who have yet to be arrested.

The public docketing at this time of any notice that the Government has filed a motion to seal the plea agreement, the transcript of the plea, and other pleadings, records, proceedings and files or the motion to delay entry on the public docket of the filing of this motion to seal, as well as the Order granting such motion will likely substantially jeopardize ongoing criminal prosecutions and investigations and place the personal safety of parties involved in the covert investigations, as well as innocent bystanders, at substantial risk.

Based on the representations in the Government's motion, and this Court's findings of facts, this Court finds that there is a compelling governmental interest in sealing the pleadings, records and files in this case and that an extraordinary situation exists which justifies a delay in the public docketing of any notice that the Government's Motion and this Order have been filed with the Criminal Clerk's office under seal.

Based on the above, it is this _____ day of _____, 2023 hereby

ORDERED that this Order, and the attached Government motion to seal the plea and to delay entry on the public docket of the filing of this motion to seal shall be filed under seal in the Criminal Clerk's office until further order of this Court.

It is further ORDERED that the plea, the transcript of the plea, all proceedings and all pleadings, records and files in this case shall be placed under seal by the Criminal Clerk's office until further order of this Court.

It is further ORDERED that the Criminal Clerk's office shall not make any entry on the public docket in this case of the filing of the plea, the transcript of the plea, the Government's motion to seal and the Order granting such motion, and other pleadings filed under seal in this case until further order of this Court.

It is further ORDERED that notwithstanding the other provisions of this ORDER, the Government shall be permitted to request a transcript of the plea proceedings in this case, the Court Reporter shall be permitted to prepare such a transcript and provide it to the Government, and there may be a limited lifting of this sealing order to allow the Government to comply with noticing and publishing requirements to effectuate any consent order of forfeiture that may be filed as part of this case, or to comply with its discovery, *Giglio* and *Brady* obligations in any pending criminal case in which the Defendant herein may be called as a witness.

It is further ORDERED, that the Government notify the Court as soon as the need for sealing no longer exists.

_____
Hon.
United States District Court Judge
For the District of Columbia

Copies to:

Counsel for the Government:

Katherine Boyles
Assistant United States Attorney
D. Conn. Fed. Bar No. PHV20325
Email: Katherine.Boyles@usdoj.gov
Phone: (203) 931-5088

Ryan Sellinger
Assistant United States Attorney
NY Bar No. 552179
Ryan. Sellinger@usdoj.gov
Phone: (202) 815-8709

United States Attorney's Office
601 D Street NW
Washington, D.C. 20001
_____

Counsel for the Defendant:

David M. Guinn Jr.
Hurley, Guinn & Singh
1805 13th Street
Lubbock, Texas 79401
Ph. (806) 771-0700
Email: David@harleyguinn.com