

CO 526 Rev. 5/2018

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Criminal Case No.: 23·cr·112 |
| | ) | |
| | ) | |
| JASON PARSONS | ) | |
| | ) | |
| | ) | |

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant

waives his right to trial by jury.

_____
Defendant

_____
Counsel for Defendant

I consent:

_____
Assistant United States attorney

Approved:

_____     Date: 4/12/23

United States District Judge