UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Case No. 23-cr-112 (ACR) |
| v. | : | |
| | : | |
| JASON PARSONS, | : | **FILED UNDER SEAL** |
| | : | |
| Defendant. | : | |

**JOINT STATUS REPORT REGARDING SENTENCING**

Following the defendant's guilty plea in the above captioned matter, the Court ordered the parties to file a status report regarding the scheduling of the defendant's sentencing hearing.

As the Court is aware, the defendant pled guilty in the above captioned matter pursuant to a cooperation agreement. The defendant's cooperation is ongoing, and the government's investigation is not yet complete. The parties have conferred and agree that in light of the defendant's ongoing cooperation with the government's investigation, it is appropriate to delay setting a sentencing schedule for at least another sixty days. The government expects that there may be additional developments in its investigation within sixty days, such that the parties will likely be in a better position to set a sentencing schedule at that time. Accordingly, the parties respectfully ask the Court to order a second status report regarding sentencing to be due approximately 60 days after the filing of this status report.

The undersigned Assistant U.S. Attorney has consulted with defense counsel regarding this status report, who gave permission to file it as a joint status report.

                                                                             Respectfully submitted,

                                                                             MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:    /s/ Katherine E. Boyles
Katherine Boyles
Assistant United States Attorney
D. Conn. Fed. Bar No. PHV20325

Katherine.Boyles@usdoj.gov
Phone: 203-931-5088
United States Attorney's Office
601 D Street NW
Washington, D.C. 20001