UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Case No. 23-cr-112 (ACR) |
| v. | : | |
| | : | |
| JASON PARSONS, | : | **FILED UNDER SEAL** |
| | : | |
| Defendant. | : | |

## JOINT STATUS REPORT REGARDING SENTENCING

Following the defendant's guilty plea in the above captioned matter, the Court ordered the parties to file a status report regarding the scheduling of the defendant's sentencing hearing. The parties then submitted a status report on June 13, 2023 asking for sixty days to file another status report regarding scheduling sentencing. The parties now submit this joint status report to ask the Court for an additional sixty days to submit a subsequent status report.

As the Court is aware, the defendant pled guilty in the above captioned matter pursuant to a cooperation agreement. The defendant's cooperation is ongoing, and the government's investigation is not yet complete. The parties have conferred and agree that in light of the defendant's ongoing cooperation with the government's investigation, it is appropriate to delay setting a sentencing schedule for at least another sixty days. The government expects that there may be additional developments in its investigation within sixty days, such that the parties will likely be in a better position to set a sentencing schedule at that time. Specifically, one of the targets of this investigation has now been arrested, and the government expects to set a trial date in that matter in short order. Accordingly, the parties respectfully ask the Court to order a second status report regarding sentencing to be due approximately 60 days after the filing of this status report.

The undersigned Assistant U.S. Attorney has consulted with defense counsel regarding this status report, who gave permission to file it as a joint status report.

        Respectfully submitted,

        MATTHEW M. GRAVES
        United States Attorney
        D.C. Bar No. 481052

By:    <u>/s/ Katherine E. Boyles</u>
        Katherine Boyles
        Assistant United States Attorney
        D. Conn. Fed. Bar No. PHV20325
        Katherine.Boyles@usdoj.gov
        Phone: 203-931-5088
        United States Attorney's Office
        601 D Street NW
        Washington, D.C. 20001