UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Case No. 23-cr-112 (ACR) |
| v. | : | |
| | : | |
| JASON PARSONS, | : | **FILED UNDER SEAL** |
| | : | |
| **Defendant.** | : | |

**JOINT STATUS REPORT REGARDING SENTENCING**

Following the defendant's guilty plea in the above captioned matter, the parties have submitted periodic status reports regarding scheduling sentencing in this matter. The parties respectfully request to submit another status report in approximately 60 days.

As the Court is aware, the defendant pled guilty in the above captioned matter pursuant to a cooperation agreement. The defendant's cooperation is ongoing, and the government's investigation is not yet complete. The parties have conferred and agree that in light of the defendant's ongoing cooperation with the government's investigation, it is appropriate to delay setting a sentencing schedule for at least another 60 days. The defendant is cooperating in a matter that is expected to go to trial in approximately the next 60 days, and the parties agree that it is appropriate to continue sentencing until after the defendant's cooperation is complete. Accordingly, the parties respectfully request to submit another status report in approximately 60 days.

The undersigned Assistant U.S. Attorney has consulted with defense counsel regarding this status report, who gave permission to file it as a joint status report.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:  /s/ Katherine E. Boyles
     Katherine Boyles

> Assistant United States Attorney
> D. Conn. Fed. Bar No. PHV20325
> Katherine.Boyles@usdoj.gov
> Phone: 203-931-5088
> United States Attorney's Office
> 601 D Street NW
> Washington, D.C. 20001