# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **Case No. 23-cr-112 (ACR)** |
| **v.** : | |
| : | |
| **JASON PARSONS,** : | |
| : | |
| **Defendant.** : | |

## ORDER TO UNSEAL CASE

In light of the government's motion to unseal this matter, the Clerk of the Court is directed to unseal this case and all filings included therein.

So Ordered.

Date: _____       _____
                                                                    Hon. Ana C. Reyes
                                                                    U.S. District Court Judge